IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01435-WJM-KLM

BENJAMIN FRANCIS KOLE,

    Plaintiff,

v.

SHERIFF JUSTIN SMITH, in his individual and official capacities,
CAPTAIN TIMOTHY PALMER, in his individual and official capacities,
LIEUTENANT STACEY SHAFFER, in her individual and official capacities,
DEPUTY CASSONDRA WINDWALKER, in her individual capacity,
LIEUTENANT MICHAEL ESTER, in his individual and official capacities,
CORPORAL BRYCE GRIFFIN, in his individual and official capacities,
PROGRAMS VOLUNTEER COORDINATOR LISA SCHLUETER, in her individual and official capacities, and
SERGEANT AARON SMOYER, in his individual and official capacities,

    Defendants.

---

## MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **November 5, 2015** at **10:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. Plaintiff and his/her case manager shall contact the court at: (303) 335-2770 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall mail a courtesy copy to the case manager for Plaintiff at his/her facility.

    Dated:  September 28, 2015