IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01435-WJM-KLM

BENJAMIN FRANCIS KOLE,

    Plaintiff,

v.

SHERIFF JUSTIN SMITH, in his individual and official capacities,
CAPTAIN TIMOTHY PALMER, in his individual and official capacities,
LIEUTENANT STACEY SHAFFER, in her individual and official capacities,
DEPUTY CASSONDRA WINDWALKER, in her individual capacity,
LIEUTENANT MICHAEL ESTER, in his individual and official capacities,
CORPORAL BRYCE GRIFFIN, in his individual and official capacities,
PROGRAMS VOLUNTEER COORDINATOR LISA SCHLUETER, in her individual and official capacities, and
SERGEANT AARON SMOYER, in his individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's [Supplemental] Request for Additional Production of Documents in the Above[-]Captioned Case From Defendants** [#69][1], which was docketed as a motion, (the "Motion"). This is a typed version of a document [#65] the Court already addressed and does not request any relief from the Court.

    As the Court explained in its January 8, 2016 Minute Order [#67]:

> The Motion appears to be a supplemental discovery request directed to Defendants and does not request any relief from the Court. Accordingly, to the extent the Court must rule on the Motion because it was docketed as a motion, the Court will deny it. The Court further notes that discovery

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

>   requests should be exchanged by the parties and should not be filed with the
>   Court.

*Minute Order* [#67] at 1.  Because the Motion is duplicative of a document previously addressed by the Court,

    IT IS HEREBY **ORDERED** that the Motion [#69] is **STRICKEN** from the record.  The Court will not entertain duplicate filings of the same document, even if one version is handwritten and the other is typed.

    Dated:  January 14, 2016